UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**MUSTAFA OZSUSAMLAR**              **DOCKET NO. 2:25-CV-00675**

**VERSUS**                          **JUDGE DAVID C. JOSEPH**

**IRS DEPT OF TREASURY**            **MAGISTRATE JUDGE LEBLANC**

## JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION [Doc. 8] of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, noting the OBJECTIONS TO THE REPORT AND RECOMMENDATION [Doc. 9] in the record;

IT IS ORDERED that that the instant petition be DENIED and DISMISSED for lack of subject-matter jurisdiction and all pending motions be DENIED as MOOT.

THUS DONE AND SIGNED in Chambers on this 18th day of September 2025.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE